■ NUTRI CHEESE & FOODS, INC., Appellant, v M. SLAVIN & SONS, LTD., Respondent.—Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered July 17, 1991, which denied plaintiff's motion to amend the *ad damnum* clause of the complaint to add punitive damages, unanimously affirmed, with costs.

Plaintiff's motion to amend the *ad damnum* clause to add a claim for punitive damages, made five years after commencement of the action in Civil Court, was properly denied *(cf., Norman v Ferrara,* 107 AD2d 739; *see also,* 3 Weinstein-Korn-Miller, NY Civ Prac ¶ 3025.23). Punitive damages will not lie in an action for a mere breach of contract *(Garrity v Lyle Stuart, Inc.,* 40 NY2d 354, 358), nor can they be supported by subsequent allegations based upon events that occurred after the underlying transaction *(cf., Levine v Abergel,* 127 AD2d 822, 824-825). Concur—Sullivan, J. P., Carro, Kassal and Smith, JJ.